UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

LEA RAE PEREZ,

    Plaintiff,

v.                                     Case No. 5:24-cv-548-RBD-PRL

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____

## ORDER

On referral in this Social Security appeal, U.S. Magistrate Judge Philip R. Lammens entered a Report and Recommendation stating that the Court should reverse and remand the Commissioner's decision. (Doc. 18 ("R&R").) The time has passed and the parties did not object, so the Court examines the R&R for clear error only. *See Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding none, the R&R is due to be adopted in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED**:

1. The R&R (Doc. 18) is **ADOPTED AND CONFIRMED** and made a part of this Order in its entirety.

2. Defendant's unopposed motion for entry of judgment with remand (Doc. 17) is **GRANTED**.

3. The Commissioner's decision is **REVERSED AND REMANDED** for further consideration and administrative action pursuant to sentence four of 42 U.S.C. § 405(g).

4. The Clerk is **DIRECTED** to enter judgment in favor of Plaintiff and against Defendant and then to close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on March 27, 2025.



ROY B. DALTON, JR.
United States District Judge

2