UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

LEA RAE PEREZ,

    Plaintiff,

v.                                              Case No. 5:24-cv-548-RBD-PRL

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____

## ORDER

In this Social Security appeal, the Court entered judgment for Plaintiff. (Doc. 20.) Plaintiff now moves unopposed for attorney's fees under the Equal Access to Justice Act. (Doc. 22.) On referral, U.S. Magistrate Judge Philip R. Lammens entered a Report and Recommendation stating that the Court should grant the Motion. (Doc. 23 ("R&R").) The time has passed, and the parties did not object, so the Court examines the R&R for clear error only. *See Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding none, the R&R is due to be adopted in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED**:

1.     The R&R (Doc. 23) is **ADOPTED AND CONFIRMED** and made a part of this Order in its entirety.

2. Plaintiff's motion (Doc. 22) is **GRANTED**.

3. Plaintiff is **AWARDED** $4,363.73 in attorney's fees. This award may be paid directly to Plaintiff's counsel if the United States Department of Treasury determines that Plaintiff does not owe a federal debt.

4. The Clerk is **DIRECTED** to enter judgment for Plaintiff and against Defendant in the amount of $4,363.73 under 28 U.S.C. § 2412(d).

**DONE AND ORDERED** in Chambers in Orlando, Florida, on August 18, 2025.



ROY B. DALTON, JR.
United States District Judge